IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-mj-118 |
| | ) | |
| SHAWN KEIHL, | ) | Court Date: April 20th, 2026 |
| | ) | |
| Defendant. | ) | |

**CRIMINAL INFORMATION**

Count I (Class A Misdemeanor – E2507509)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 1st, 2026, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SHAWN KEIHL, did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer or employee of the United States while engaged in or on account of the performance of official duties.

(In violation of Title 18, United States Code, Section 111(a)(1).)

Count II (Class A Misdemeanor – E2507081)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 1st, 2026, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SHAWN KEIHL, did intentionally prevent or attempt to prevent a law enforcement officer from lawfully arresting him.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-460.)

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By:  _____/s/_____

Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on April 15, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:  _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov